# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re: Edgard Vasques de Miranda Neto | Case No. 16-10026-MSH |
| | Chapter 7 |
| | Adversary Proceeding No. 16-01098 |

ROMILDO C. de SOUZA,
Plaintiff

vs.

EDGARD VASQUES de MIRANDA NETO,
Defendant

## ASSENTED-TO MOTION FOR APPROVAL OF DISCOVERY PLAN

On July 25, 2016, the parties' attorneys conferred pursuant to Fed. R. Civ. P. 26(f). The plaintiff, Romildo C. de Souza, respectfully requests that the Court approve the attached proposed discovery plan. The plan asks for thirty-day extensions of the Court's deadlines for completing discovery, and for filing a pre-trial memorandum.

The defendant, Edgard Vasques de Miranda Neto, has assented to his motion.

Respectfully Submitted,

ROMILDO C. de SOUZA

By His Attorney,

/s/ *Peter Cole*

Peter Cole
70 Hichborn St., Unit 2C
Brighton, MA 02135
857-559-1007
attypetercole@gmail.com
Mass. BBO # 667404

Dated: August 1, 2016